*Healy* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *Morton Hollander* for the United States.

No. 194. LOCAL UNION NO. 12, UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 212. LOCAL 1367, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Clarence F. Rhea* for petitioner in No. 194. *Warner F. Brock* and *Arthur Mandell* for petitioners in No. 212. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board in both cases, and *Robert L. Carter* and *Barbara A. Morris* for respondents Business League of Gadsden et al., in No. 194. Reported below: No. 194, 368 F. 2d 12; No. 212, 368 F. 2d 1010.

No. 195. BIRNBAUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Ben Herzberg* and *David W. Peck* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 198. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thaddeus D. Williams* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 200. BLUE CAB CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Charles L. Bucy* and *Paul Levenfeld* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. *Sheldon M. Charone* for Local 782, International Brotherhood of

Teamsters, Chauffeurs, Warehousemen & Helpers of America, intervenor below. 

No. 202. DiMICHELE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Lester J. Schaffer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 203. AYOTTE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Gerald M. Franklin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 208. LIPSITZ *v.* PEREZ, COMMANDING GENERAL, FORT JACKSON. C. A. 4th Cir. Certiorari denied. *Theodore W. Law, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent. 

No. 209. UNION PETROLEUM CORP. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Hugh Q. Buck* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. 

No. 215. OVERNITE TRANSPORTATION CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for National Labor Relations Board, and *David Previant* and *Hugh J. Beins* for Chauffeurs, Teamsters & Helpers Local 171, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, respondents. 

No. 217. SCHAFITZ *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. *Carl*